```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


JOEL GAUCHE,                          :
                                      :
         Petitioner                   :  No. 4:04-CV-1248
                                      :
         v.                           :  Petition Filed 6/9/04
                                      :
THOMAS LAVAN, WARDEN, ET AL.,         :  (Judge Muir)
                                      :
                                      :
         Respondents                  :
```

ORDER #2 of

June 7, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The purpose of this order is to correct typographical errors in our order of June 3, 2005.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The sentence starting on line 5, page 2, of our order of June 3, 2005, which states

> On April 5, 2005, Magistrate Judge Mannion filed a report recommending that Gauche's petition for writ of habeas corpus be denied.

is amended to state as follows:

> On April 15, 2005, Magistrate Judge Mannion filed a report recommending that Gauche's petition for writ of habeas corpus be denied.

2. Paragraph 2 of the dispositive portion of the order which states

> 2. Magistrate Judge Mannion's report filed on March 4, 2005, is adopted in toto.

is amended to state as follows:

>2. Magistrate Judge Mannion's report filed on April 15, 2005, is adopted in toto.

```
                          s/Malcolm Muir
                         _____
                         MUIR, U.S. District Judge
```

MM:gs